(95 South. 109)

No. 25043.

## OLSON v. AMERICAN GUARANTY CO.

(May 8, 1922. On Rehearing, Jan. 27, 1923.)

*(Syllabus by Editorial Staff.)*

Appeal and error ⊜⇒790(3)—Appeal from order for sale of perishable property dismissed when final judgment has become exigible.

An appeal from an order directing the sheriff to sell attached property as perishable property under Code Prac. art. 261, will be dismissed as presenting only a moot question, where a judgment has been rendered maintaining the judgment and ordering a sale of the property to satisfy the judgment and has become exigible.

Appeal from Twenty-Eighth Judicial District Court, Parish of St. Charles; Prentice E. Edrington, Sr., Judge.

Action by Charles F. Olson against the American Guaranty Company. From an order directing the sale of perishable property, defendant appeals. Appeal dismissed on rehearing.

See, also, 150 La. 470, 90 South. 764.

Harris Gagne, of Houma, for appellant.

Thomas E. Furlow, of New Orleans, for appellee.

By Division B, composed of Justices O'NIELL, LAND, and BAKER.

BAKER, J. Defendant has appealed from an order of the court directing the sheriff to sell, as perishable property, under the provisions of article 261 of the Code of Practice, a lot of horses, mules, cows, calves, and hogs, seized under a writ of attachment. Plaintiff has moved to dismiss the appeal, averring that, since it was taken, the district court has rendered judgment in his favor maintaining the attachment and ordering a sale of the property to satisfy the judgment. What purports to be a certified copy of the judgment is annexed to the motion to dismiss the appeal; but it appears that the judgment had not been executed and in fact was not final or exigible when the motion was filed. If the defendant has not appealed from the judgment, it is now exigible, and in consequence the appeal presents only a moot question.

It is ordered that this case be remanded to the district court to determine whether a final judgment, ordering a sale of the live stock seized under the writ of attachment, has become exigible.

On Rehearing.

By the WHOLE COURT.

LAND, J. As the proof is before us that the final judgment rendered in favor of plaintiff on the merits had become exigible since the filing of the motion to dismiss the appeal in this case, it is ordered that the appeal be dismissed.